IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KENNETH E. BROWN,<br><br>                Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, in her capacity as Acting Commissioner of the Social Security Administration,<br><br>                Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:12-cv-169-DN-BCW<br><br>District Judge David Nuffer<br><br>Magistrate Judge Brooke Wells |

        Magistrate Judge Brooke Wells's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) recommends reversal and remand of the ALJ's decision denying Plaintiff Kenneth E. Brown's claim for social security disability benefits and supplemental security income. No objections were filed.

        After review of all relevant materials de novo, it is clear that the Report and Recommendation should be adopted in its entirety. The ALJ's decision is **REVERSED AND REMANDED**. The Clerk shall close the case.

        Signed May 2, 2014.

                              BY THE COURT:

                              _____
                              David Nuffer
                              United States District Judge

---

[1] Docket no. 29, entered March 11, 2014.